IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KAYLAUNI-RAE FRENCH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-265 |
| v. | |
| JASON BRAGG, et al., | |
| Defendants. | |

**O R D E R**

*Pro se* Plaintiff Kaylauni-Rae French filed this case on November 25, 2024.  (Doc. 1.)  On March 26, 2025, Plaintiff filed a Notice of Vountary Dismissal Without Prejudice.  (Doc. 5.)  None of the Defendants have filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE as moot** the pending Report and Recommendation, (doc. 5), and **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA